UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERIC GOODMAN ASSOCIATES LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARIMAR CORNEJO,<br><br>Defendant. | Case No. 18-cv-06188-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO GRANT IFP APPLIACTION AND REMAND CASE TO STATE COURT**<br><br>Re: Dkt. No. 6, 3 |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation to Grant IFP Application and Remand Case to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the IFP Application is GRANTED and the case is remanded. The Clerk is directed to remand this case to the San Francisco Superior Court and close the file.

**IT IS SO ORDERED.**

Dated: November 7, 2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERIC GOODMAN ASSOCIATES LLC,<br>Plaintiff,<br>v.<br>MARIMAR CORNEJO,<br>Defendant. | Case No. 18-cv-06188-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marimar Cornejo
P.O. Box 190274
San Francisco, CA 94119

Dated: November 7, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.